IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VICTORIA M. STUTTS,                    )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )        1:17CV586
                                       )
NANCY BERRYHILL,                       )
Acting Commissioner of Social Security,)
                                       )
                    Defendant.         )

## ORDER

On August 8, 2018, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections, (ECF Nos. 15 and 16), within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 13), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing the Commissioner, (ECF No. 9), is DENIED, that the Commissioner's Motion for Judgment on the Pleadings, (ECF No. 11), is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

This, the 13th day of September, 2018.

/s/ Loretta C. Biggs
United States District Judge